UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FREDDIE MITCHELL            :        DOCKET NO.: 16-1433

     V.                                        :

F. GREEK BRISTOL PROPERTIES,    :
L.P. AND H.T. SWEENEY & SON,      :
INC.                                      :

### STIPULATION OF DISMISSAL

AND NOW, this 20th Day of July, 2016, it is hereby STIPULATED by and between the parties that the above captioned matter is hereby DISMISSED WITHOUT PREJUDICE.

KAMENSKY, COHEN & RIECHELSON

By: _____
KEVIN S. RIECHELSON,
Attorney for PLAINTIFF

MARSHALL, DENNEHEY, WARNER
COLEMAN & GOGGIN

By: _____
JOANNA D. BUCHANICO
Attorney for F. GREEK BRISTOL PROPERTIES

KAPLAN, STEWART, MELOFF, REITER & STEIN

By: _____
JOSHA QUINTER
Attorney for H.T. SWEENEY & SON, INC.

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FREDDIE MITCHELL          :    DOCKET NO.: 16-1433
                :
     V.              :
                :
F. GREEK BRISTOL PROPERTIES,    :
L.P. AND H.T. SWEENEY & SON,     :
INC.                :

## STIPULATION OF DISMISSAL

AND NOW, this 20th Day of July, 2016, it is hereby STIPULATED by and between the parties that the above captioned matter is hereby DISMISSED WITHOUT PREJUDICE.

KAMENSKY, COHEN & RIECHELSON

By: _____
KEVIN S. RIECHELSON,
Attorney for PLAINTIFF

MARSHALL, DENNEHEY, WARNER
COLEMAN & GOGGIN

By: _____
JOANNA D. BUCHANICO
Attorney for F. GREEK BRISTOL PROPERTIES

KAPLAN, STEWART, MELOFF, REITER & STEIN

By: _____
JOSHA QUINTER
Attorney for H.T. SWEENEY & SON, INC.